UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

288604

IN RE:                                    CASE NO.  03-16067-BKC-AJC
EDUARDO AMADOR

NOV 15 2010

CHAPTER 13                    U.S. BANKRUPTCY CT.
                              SO. DIST. OF FLA.
                              MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 30.68 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____11/12/10_____                    _____
                                            NANCY N. HERKERT
                                            CHAPTER 13 TRUSTEE

Copies to:
EDUARDO AMADOR
511 W 68TH ST
APT 4
HIALEAH, FL 33014

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

CAPITAL ONE BANK
PO BOX 85167
RICHMOND, VA 23285

FNANB/CIRCUIT CITY
RECOVERY DEPARTMENT
PO BOX 100038
KENNESAW, GA 30156-9304

U. S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   03-16067-BKC-AJC
EDUARDO AMADOR

                                          CHAPTER 13

EDUARDO AMADOR

511 W 68TH ST
APT 4
HIALEAH, FL 33014

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CAPITAL ONE BANK                 ---------$            15.73
PO BOX 85167
RICHMOND, VA 23285                          UNDELIVERABLE/STALE
                                            CLAIM REGISTER# _11_

FNANB/CIRCUIT CITY               ---------$            14.95
RECOVERY DEPARTMENT
PO BOX 100018                               UNDELIVERABLE/STALE
KENNESAW, GA 30156-9204                     CLAIM REGISTER# _6_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130